# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Armstrong,<br><br>    Plaintiff,<br><br>v.<br><br>General Motors LLC, et al.,<br><br>    Defendants. | No. CV-20-00284-PHX-DLR<br><br>**JUDGMENT** |

This matter, having come before the Court and the Court having dismissed defendant Isuzu Motors Limited for lack of personal jurisdiction (Doc. 33), and there being no just reason for delay,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed October 29, 2020 and Federal Rule of Civil Procedure 54(b), judgment is entered in favor of defendant Isuzu Motors Limited.

Dated this 10th day of December, 2020.

Douglas L. Rayes
United States District Judge